# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Charles Newman, *et al.*,

    Plaintiff,

                v.

Total Quality Logistics, LLC,

    Defendant.

Case No. 1:20cv173

Judge Michael R. Barrett

## JUDGMENT IN A CIVIL CASE

[ ]   **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X]   **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: Defendant's Motion to Dismiss the Complaint (Doc. 14) is **GRANTED**; and Defendant's Motion in the Alternative, to Strike Class Allegations filed by Defendant Total Quality Logistics, LLC (Doc. 14) is **DENIED as MOOT**. The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** in favor of Defendant.

Date: March 30, 2021

                                  Richard W. Nagel, Clerk
                                  Clerk

                    By:      *S/Barbara A. Crum*
                                  Deputy Clerk